

# TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
## AT JACKSON

FILED

April 1, 2019

TN COURT OF
WORKERS'
COMPENSATION
CLAIMS

4:26 P.M

| | | |
|---|---|---|
| JAMES FOUTCH, | ) | Docket No. 2015-07-0374 |
| Employee, | ) | |
| v. | ) | State File No. 88348-2015 |
| BURKEEN TRUCKING COMPANY, | ) | |
| Uninsured Employer. | ) | Judge Amber E. Luttrell |

## COMPENSATION HEARING ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN PART

This matter came before the Court on February 19, 2019, on Mr. Foutch's Motion for Summary Judgment seeking workers' compensation benefits for an ankle injury. Burkeen Trucking did not respond and has not participated in this case. For the reasons below, the Court holds he is entitled to judgment as a matter of law for his ankle injury.

### Claim History

Mr. Foutch, a resident of Gibson County, Tennessee, worked as a truck driver for Burkeen Trucking. On September 24, 2015, while unloading lumber, Mr. Foutch fell off the truck and injured his right ankle. He gave notice to Burkeen Trucking, who failed to carry workers' compensation insurance. Mr. Foutch sought emergency treatment at Henry County Medical Center and follow-up treatment from orthopedist Dr. Blake Chandler.

Mr. Foutch first saw Dr. Charles Rainbolt in the emergency room, who noted as history: "He was working on flatbed fell 8ft. landed on right foot has limited range of motion and lot of pain." Dr. Rainbolt diagnosed a fracture of the right ankle and a possible tibia avulsion fracture. He referred Mr. Foutch to Dr. Blake Chandler.

Mr. Foutch saw Dr. Chandler at West Tennessee Bone and Joint Clinic and gave a consistent history of his work injury. Dr. Chandler diagnosed an ankle fracture and performed surgery. Mr. Foutch continued seeing Dr. Chandler or FNP Clay Nolen through January 6, 2016, when Dr. Chandler released him to return as needed. Dr. Chandler concluded Mr. Foutch sustained a two-percent permanent impairment to the body as a whole for his ankle injury based on the Sixth Edition of the AMA Guides.

1

*Procedural History*

Mr. Foutch filed a Petition for Benefit Determination seeking medical benefits for his ankle injury and an alleged shoulder injury.

Following an Expedited Hearing, the Court held Mr. Foutch was likely to prevail in establishing an ankle injury arising primarily out of and in the course and scope of his employment. It ordered Burkeen Trucking to pay Mr. Foutch's past medical expenses for his ankle injury and ongoing medical treatment with Dr. Chandler. The Court denied benefits for the alleged shoulder injury.

A Request for Investigation was filed based on Mr. Foutch's affidavit stating Burkeen Trucking was not insured for workers' compensation. The investigator prepared an "Expedited Request for Investigation Report-Investigation Summary," which indicated Burkeen Trucking was subject to the Workers' Compensation Law and did not have insurance at the time of Mr. Foutch's injury.

Following the Expedited Hearing Order, Mr. Foutch filed a Motion for Contempt based on Burkeen Trucking's failure to comply with the Expedited Hearing Order. Upon finding a violation of the Bureau's rules and the Workers' Compensation Act, this Court referred Burkeen Trucking to the Compliance Unit for potential assessment of a civil penalty. An Agency Decision assessed a penalty.[1]

The Court ultimately entered a scheduling order, and Mr. Foutch later served Requests for Admissions to Burkeen Trucking on October 2, 2018. Burkeen Trucking did not respond to the requests. Mr. Foutch then filed this Motion for Summary Judgment.

*Mr. Foutch's Motion*

Mr. Foutch argued that, by failing to answer the Requests for Admissions, Burkeen Trucking admitted all of the facts necessary to his claim. He argued there are no genuine issues of material fact for trial as to his entitlement to medical benefits, temporary, and permanent disability benefits for his ankle injury, and he is entitled to judgment as a matter of law.

While not included in his motion and Statement of Undisputed Facts, Mr. Foutch further asserted at the hearing that he is entitled to summary judgment for his alleged shoulder injury.

**Law and Analysis**

---

[1] The Court notes an almost two-year delay in this case due to Burkeen Trucking's Chapter 11 bankruptcy filed in 2016. Upon Mr. Foutch's notice of the dismissal of Burkeen Trucking's bankruptcy in August 2018, the Court entered an order on September 4, 2018, setting a scheduling hearing.

Summary judgment is appropriate "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Tenn. R. Civ. P. 56.04. The Workers' Compensation Appeals Board has stated:

> The burden is on the party pursuing summary judgment to demonstrate both that no genuine issue of material fact exists and that the moving party is entitled to a judgment as a matter of law. If the moving party does not meet its initial burden of production, the nonmoving party's burden is not triggered and the motion for summary judgment should be denied. If the moving party makes a properly supported motion, the burden of production then shifts to the nonmoving party to demonstrate the existence of a genuine issue of material fact.

*Rye v. Calsonic Kansei N. Am., Inc.,* 2018 TN Wrk. Comp. App. Bd. LEXIS 64, at *7-8 (Nov. 29, 2018) (internal citations omitted).

Mr. Foutch filed a Statement of Undisputed Material Facts containing twenty-six statements with citations to the unanswered Requests for Admissions.[2] Tennessee Rule of Civil Procedure 36 governs requests for admissions. The rule provides that an unanswered request is deemed admitted and conclusively establishes it unless the court on motion permits withdrawal or amendment of the admission. Tenn. R. Civ. P. 36.02; *Neely v. Velsicol Chem. Corp.,* 906 S.W.2d 915, 917 (Tenn. Ct. App. 1995). Procedurally, admissions under Rule 36 may be brought to the trial court's attention through a motion for summary judgment. *Id.* Because Burkeen Trucking failed to respond to the Requests for Admissions, the Court holds Mr. Foutch conclusively established the facts contained in the requests for purposes of this action.

Further, as Burkeen Trucking did not respond to the Statement of Undisputed Facts, the Court holds there are no genuine issues of material fact for trial regarding the compensability of Mr. Foutch's ankle injury and his entitlement to workers' compensation benefits. Thus, the Court holds he is entitled to summary judgment as a matter of law for the ankle injury.

The Court holds the undisputed facts in this case conclusively established the following:

- Mr. Foutch, a Tennessee resident, sustained a compensable work injury to his right ankle on September 24, 2015, and gave proper notice of the injury.
- His treatment and the medical bills incurred at Henry County Medical Center and with Dr. Blake Chandler were reasonable and necessary for his ankle injury.

---

[2] For brevity, the Court incorporates by reference Mr. Foutch's twenty-six statements of undisputed facts in an appendix to this Order.

- Mr. Foutch was on light duty, which Burkeen could not accommodate, from September 24 through November 16, 2015, and off work completely from November 16 through December 3, 2015.
- He has a permanent impairment of two percent to the body.
- Mr. Foutch did not return to work at Burkeen Trucking because he was fired due to his workers' compensation claim.
- He is entitled to the increased benefit multipliers of 1.35 for not returning to work and 1.2 for his age.
- His compensation rate is $497.91.
- Mr. Foutch is entitled to a judgment against Burkeen Trucking for his ankle injury, including temporary disability of $4,979.10 and total permanent partial disability benefits totaling $7,259.53 (representing $4,481.19 original award and increased benefits of $2,778.33).
- Mr. Foutch is further entitled to a judgment against Burkeen Trucking for his outstanding medical expenses at Henry County Medical Center and with Dr. Blake Chandler and a collection fee of $522.20 due to medical bills sent to collections for non-payment.[3] *See Sandra Jane Gardner v. Randstad North America, L.P.,* No. M2009-01214-WC-R3-WC 2010 Tenn. LEXIS 1023 (Tenn. Workers' Comp. Panel Nov. 1, 2010)(when medical charges are discounted because of insurance and/or governmental health care, the employer is only responsible for the discounted amount.)

Further, although this Court holds Burkeen Trucking must provide Mr. Foutch with past and ongoing medical benefits, temporary and permanent disability benefits, it is unclear whether payment will occur because Burkeen Trucking did not have workers' compensation insurance at the time of the accident. The administrator of the Bureau has discretion to pay limited temporary disability and medical benefits to an injured employee who suffered a workplace injury and who meets the criteria below:

1. The employee worked for an employer who failed to carry workers' compensation insurance;
2. The employee suffered an injury arising primarily out of and in the course and scope of employment after July 1, 2015, at a time when the employer did not have workers' compensation insurance;
3. The employee was a Tennessee resident on the date of injury; and
4. The employee provided notice to the Bureau within sixty days of the injury and of his employer's failure to provide workers' compensation insurance.

Tenn. Code Ann. § 50-6-801(d)(1)-(4). The undisputed facts showed Mr. Foutch met all the criteria for seeking discretionary payment through the Uninsured Employers Fund. He

---

[3] Mr. Foutch's medical expenses provided in the attached bills do not match the amount of $24,591.30 asserted in his motion. The Court attaches as exhibit 3 to the appendix of this order the medical bills for which Burkeen Trucking is obligated to satisfy the outstanding balances and collection fee.

lived in Tennessee as a resident at the time of the accident, which occurred after July 1, 2015. He worked for an employer who failed to carry workers' compensation insurance at the time of his injury. He provided notice to the Bureau within sixty days of his injury and Burkeen Trucking's failure to provide workers' compensation insurance. The Court, therefore, holds that he is eligible to seek benefits from the UEF.

Regarding the alleged shoulder injury, the Court holds Mr. Foutch did not meet his burden of demonstrating there is no genuine issue of material fact regarding his entitlement to workers' compensation benefits. Neither the twenty-six statements of undisputed facts nor the requests for admissions reference the shoulder injury. Thus, the Court holds Mr. Foutch is not entitled to summary judgment as a matter of law for the shoulder.

Based on the above findings, the Court holds there is no genuine issue of material and Mr. Foutch is entitled to judgment as a matter of law for his ankle injury. The Court denies summary judgment as to the alleged shoulder injury. Accordingly, the Court holds, under Tennessee Rules of Civil Procedure Rule 54.02, that this is a final judgment as to the ankle injury and there is no just reason for delay of benefits for the ankle.

**IT IS THEREFORE, ORDERED** as follows:

1. Mr. Foutch's Motion for Summary Judgment for the ankle injury is granted.

2. Burkeen Trucking shall satisfy Mr. Foutch's outstanding medical bills with Henry County Medical Center and Dr. Blake Chandler and satisfy the collection fee of $522.20.

3. Mr. Foutch shall recover from Burkeen Trucking temporary disability benefits of $4,979.10 representing ten weeks from September 24 through December 3, 2015.

4. Mr. Foutch shall recover from Burkeen Trucking permanent partial disability benefits totaling $7,259.53.

5. Mr. Foutch shall receive future medical benefits under the statute with Dr. Blake Chandler.

6. Mr. Foutch is eligble to request discretionary payment from UEF for certain temporary disability and medical benefits under Tenn. Code Ann. § 50-6-801.

7. Absent an appeal, this order shall become final thirty days after issuance.

Upon entry of this order, the Court's legal assistant, Tina Woods, will forward the parties the Court's available dates for a Status Hearing for the remaining shoulder injury claim.

**ENTERED April 1, 2019.**

**JUDGE AMBER E. LUTTRELL**
**Court of Workers' Compensation Claims**

## APPENDIX

1. Statement of Undisputed Material Facts In Support of Employee's Motion for Summary Judgment

2. Employee's First Set of Requests for Admissions Propounded to the Employer, Burkeen Trucking

3. Mr. Foutch's medical bills

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Order was sent to the following recipients by the following methods of service on this the 1st day of April, 2019.

| Name | Certified Mail | First Class Mail | Via Email | Service sent to: |
|------|------|------|------|------|
| Charles L. Holliday, Employee's Attorney | | | X X | chuckh@garretylaw.com masher@garretylaw.com |
| Billy Burkeen, Self-represented Employer | X | X | X | 34 Gibson Wells Brazil Rd., Humboldt, TN 38343 burkeentrucking@gmail.com |
| Uninsured Employer's Fund | | | X | Lashawn.pender@tn.gov |

Penny Shrum, Court Clerk
Court of Workers' Compensation Claims

6



EXHIBIT S J
Appendix
Ex. 1

FILED

November 30, 2018

TN COURT OF
WORKERS' COMPENSATION
CLAIMS

Time 11:07AM

IN THE COURT OF WORKERS' COMPENSATION CLAIMS
AT JACKSON

| | |
|---|---|
| JAMES FOUTCH, | * |
| | * |
| Employee, | * State File No. 88348-2015 |
| | * Docket No. 2015-07-0374 |
| v. | * |
| | * |
| BURKEEN TRUCKING, | * |
| | * |
| Employer. | * |

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF EMPLOYEE'S MOTION FOR SUMMARY JUDGMENT

Employee, James Foutch, through counsel, files this Statement of Undisputed Material Facts pursuant to Tennessee Rule of Civil Procedure 56.03 in support of his Motion for Summary Judgment.

### STATEMENT OF UNDISPUTED MATERIAL FACTS

1.    James Foutch was an employee of Burkeen Trucking on September 24, 2015. *See* Request for Admission No. 1.

2.    On September 24, 2015, Mr. Foutch suffered a work injury to his right ankle in the course and scope of his employment. *See* Request for Admission No. 2.

3.    Mr. Foutch gave Burkeen Trucking proper notice of his injury under the law. *See* Request for Admission No. 3.

4.    The care Mr. Foutch received at the Henry County Medical Center and from Dr. Blake Chandler was reasonable and necessary and necessarily incurred due to the injury he sustained. *See* Request for Admission No. 4.

5.     Mr. Foutch was off work from November 16, 2015 to December 3, 2015. *See* Request for Admission No. 5.

6.     From September 24, 2015 to November 16, 2015, Mr. Foutch was on light duty, limited to sedentary work only and that Burkeen Trucking would have had no work for him meeting those restrictions. *See* Request for Admission No. 6.

7.     Burkeen Trucking has not filed a wage statement in this case. *See* Request for Admission No. 7.

8.     Mr. Foutch's average weekly wage for this claim is $746.87, which results in a compensation rate of $497.91. *See* Request for Admission No. 8.

9.     Mr. Foutch has an impairment of 2% to the whole person due to his work injury on September 24, 2015. *See* Request for Admission No. 9.

10.     Through no fault of his own, Mr. Foutch did not return to work at Burkeen Trucking following his injury. *See* Request for Admission No. 10.

11.     Please admit that Burkeen Trucking fired Mr. Foutch due to his workers' compensation claim. *See* Request for Admission No. 11.

12.     At the time of this injury, Mr. Foutch was over 40 years of age. *See* Request for Admission No. 12.

13.     Mr. Foutch did not have a meaningful return to work. *See* Request for Admission No. 13.

14.     The medical bills attached to these undisputed material facts as Exhibit A are authentic business records of the facilities that produced them and are admissible into evidence without further foundation. *See* Request for Admission No. 14.

15. The medical records from Henry County Medical Center attached to these undisputed material facts as Exhibit B are authentic records of the facility that produced them and admissible into evidence without further foundation. *See* Request for Admission No. 15.

16. The medical records from Dr. Blake Chandler with West Tennessee Bone & Joint attached to these undisputed material facts as Exhibit C are authentic business records of the facility that produced them and admissible into evidence without further foundation. *See* Request for Admission No. 16.

17. The impairment rating from Dr. Blake Chandler attached to these undisputed material facts as Exhibit D is authentic and admissible into evidence without further foundation. *See* Request for Admission No. 17.

18. Dr. Chandler's opinions in his records are admissible as expert opinions without further foundation and in lieu of his deposition. *See* Request for Admission No. 18.

19. At the time of Mr. Foutch's injury, Burkeen Trucking was subject to the requirement of providing workers' compensation insurance coverage. *See* Request for Admission No. 19.

20. The document attached as Exhibit E is a true and correct copy of the investigative report completed by the Tennessee Bureau of Workers' Compensation and is admissible without further proof. *See* Request for Admission No. 20.

21. The uninsured employer's fund, T.C.A. §§ 50-6-801 *et. seq.* is applicable to this case. *See* Request for Admission No. 21.

22. Mr. Foutch was employed by Burkeen Trucking and Burkeen Trucking failed to secure payment of compensation pursuant to the Workers' Compensation Act. *See* Request for Admission No. 22.

-3-

23.     Mr. Foutch suffered an injury on or after July 1, 2015 primarily within the course and scope of his employment at a time where Burkeen Trucking had failed to secure payment of compensation. *See* Second Request for Admission No. 18.

24.     Mr. Foutch was a Tennessee resident on the date of injury of September 24, 2015. *See* Second Request for Admission No. 19.

25.     Mr. Foutch provided notice to the Bureau of Workers' Compensation of the injury and Burkeen Trucking's failure to secure payment of compensation within a reasonable time after the date of the injury. *See* Second Request for Admission No. 20.

26.     Mr. Foutch is entitled to a judgment for workers' compensation benefits against Burkeen Trucking for the injury at issue in this case, including temporary total disability of $4,979.10, permanent partial disability of $7,259.53, medical expenses of $24,591.30, and a collections fee of $522.20 due to medical bills being sent to collections for non-payment. *See* Second Request for Admission No. 21.

Respectfully submitted,

LAW OFFICES OF JEFFREY A. GARRETY, PC

s/Charles L. Holliday
Charles L. Holliday, #25459
Attorney for Employee
65 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 668-4878

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of November, 2018, a copy of the foregoing was served upon Mr. Billy Burkeen, Burkeen Trucking Company, via e-mail to burkeentrucking@gmail.com.

s/Charles L. Holliday



EXHIBIT SJ
Appendix
Ex. 2

**FILED**

**November 30, 2018**

**TN COURT OF
WORKERS' COMPENSATION
CLAIMS**

**Time 11:07AM**

IN THE COURT OF WORKERS' COMPENSATION CLAIMS
AT JACKSON

| | | |
|---|---|---|
| JAMES FOUTCH, | * | |
| | * | |
| Employee, | * | State File No. 88348-2015 |
| | * | Docket No. 2015-07-0374 |
| v. | * | |
| | * | |
| BURKEEN TRUCKING, | * | |
| | * | |
| Employer. | * | |

### EMPLOYEE'S FIRST SET OF REQUESTS FOR ADMISSIONS
### PROPOUNDED TO THE EMPLOYER, BURKEEN TRUCKING

COMES NOW the Employee, James Foutch, pursuant to Rule 36 of the Tennessee Rules of Civil Procedure, and propounds the following written Requests for Admissions to be answered by the Employer under oath within thirty (30) days after service and to supplement or amend its responses as required by Rule 26.05 of the Tennessee Rules of Civil Procedure.

### REQUESTS FOR ADMISSION

**REQUEST NO. 1:** Please admit that James Foutch was an employee of Burkeen Trucking on September 24, 2015.

**RESPONSE:**

**REQUEST NO. 2:** Please admit that on September 24, 2015, he suffered a work injury to his right ankle in the course and scope of his employment.

**RESPONSE:**

**REQUEST NO. 3:**   Please admit that Mr. Foutch gave you proper notice of his injury under the law.

**RESPONSE:**


**REQUEST NO. 4:**   Please admit that the care he received at the Henry County Medical Center and from Dr. Blake Chandler was reasonable and necessary and necessarily incurred due to the injury he sustained.

**RESPONSE:**


**REQUEST NO. 5:**   Please admit that from November 16, 2015 to December 3, 2015, Mr. Foutch was off work.

**RESPONSE:**


**REQUEST NO. 6:**   Please admit that from September 24, 2015 to November 16, 2015 he was on light duty, limited to sedentary work only and that Burkeen Trucking would have had no work for him meeting those restrictions.

**RESPONSE:**


**REQUEST NO. 7:**   Please admit you have not filed a wage statement in this case.

**RESPONSE:**

**REQUEST NO. 8:** Please admit that Mr. Foutch's average weekly wage for this claim is $746.87, which results in a compensation rate of $497.91.

**RESPONSE:**

**REQUEST NO. 9:** Please admit that Mr. Foutch has an impairment of 2% to the whole person due to his work injury on September 24, 2015.

**RESPONSE:**

**REQUEST NO. 10:** Please admit that, through no fault of his own, Mr. Foutch did not return to work at Burkeen Trucking following his injury.

**RESPONSE:**

**REQUEST NO. 11:** Please admit that Burkeen Trucking fired Mr. Foutch due to his workers' compensation claim.

**RESPONSE:**

**REQUEST NO. 12:** Please admit that at the time of this injury Mr. Foutch was over 40 years of age.

**RESPONSE:**

**REQUEST NO. 13:** Please admit that Mr. Foutch did not have a meaningful return to work.

**RESPONSE:**


**REQUEST NO. 14:** Please admit that the medical bills attached to these Requests for Admissions as Exhibit A are authentic business records of the facilities that produced them and admissible into evidence without further foundation.

**RESPONSE:**


**REQUEST NO. 15:** Please admit that the medical records from Henry County Medical Center attached to these Requests for Admissions as Exhibit B are authentic business records of the facility that produced them and admissible into evidence without further foundation.

**RESPONSE:**


**REQUEST NO. 16:** Please admit that the medical records from Dr. Blake Chandler with West Tennessee Bone & Joint attached to these Requests for Admissions as Exhibit C are authentic business records of the facility that produced them and admissible into evidence without further foundation.

**RESPONSE:**


**REQUEST NO. 17:** Please admit that the impairment rating from Dr. Blake Chandler attached to these Requests for Admissions as Exhibit D is authentic and admissible into evidence without further foundation.

**RESPONSE:**

-4-

**REQUEST NO. 18:** Please admit that you will stipulate that Dr. Chandler's opinions in his records are admissible as expert opinions without further foundation and in lieu of his deposition.

**RESPONSE:**

**REQUEST NO. 19:** Please admit that at the time of Mr. Foutch's injury, you were subject to the requirement of providing workers' compensation insurance coverage.

**RESPONSE:**

**REQUEST NO. 20:** Please admit that the document attached as Exhibit E is a true and correct copy of the investigative report completed by the Tennessee Bureau of Workers' Compensation and is admissible without further proof.

**RESPONSE:**

**REQUEST NO. 21:** Please admit that the uninsured employer's fund, T.C.A. §§ 50-6-801 *et. seq.* is applicable to this case.

**RESPONSE:**

**REQUEST NO. 22:** Please admit that Mr. Foutch was employed by you and you failed to secure payment of compensation pursuant to the Workers' Compensation Act.

**RESPONSE:**

**REQUEST NO. 18:** Please admit that Mr. Foutch suffered an injury on or after July 1,

2015 primarily within the course and scope of his employment at a time where you had failed to secure payment of compensation.

**RESPONSE:**

**REQUEST NO. 19:** Please admit that Mr. Foutch was a Tennessee resident on the date of injury of September 24, 2015.

**RESPONSE:**

**REQUEST NO. 20:** Please admit that Mr. Foutch provided notice to the Bureau of Workers' Compensation of the injury and your failure to secure payment of compensation within a reasonable time after the date of injury.

**RESPONSE:**

**REQUEST NO. 21:** Please admit that Mr. Foutch is entitled to a judgment for workers' compensation benefits against you for the injury at issue in this case, including temporary total disability of $4,979.10, permanent partial disability of $7,259.53, medical expenses of $24,591.30, and a collections fee of $522.20 due to medical bills being sent to collections for non-payment.

**RESPONSE:**

Respectfully submitted,

LAW OFFICES OF JEFFREY A. GARRETY, PC


s/Charles L. Holliday
Charles L. Holliday, #25459
Attorney for Employee
65 Stonebridge Boulevard
Jackson, Tennessee 38305
Telephone: (731) 668-4878


## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of October 2018, a copy of the foregoing was served upon Mr. Billy Burkeen, Burkeen Trucking Company, via e-mail to burkeentrucking@gmail.com.


s/Charles L. Holliday



RADIOLOGY AND IMAGING ASSOC
P O BOX 1178
PARIS TN 38242
PERSONAL & CONFIDENTIAL

000361
0101

10824b    5392
STMT DATE: 11/04/15

JAMES FOUTCH
79 GRIERS CHAPEL RD
TRENTON, TN 38382-9444

**EXHIBIT** 5J
*Appendix*
*Ex 3*

| CARD NUMBER: | | | |
|---|---|---|---|
| SECURITY CODE FRO. BACK OF CARD: | | | |
| PRINT CARD HOLDER'S NAME: | | | |
| SIGNATURE: | | | |

| ACCOUNT NO. | DUE DATE | **AMOUNT DUE** | SHOW AMOUNT PAID |
|---|---|---|---|
| 077826 | Upon Receipt | **$445.00** | |

A $5.00 SERVICE CHARGE WILL BE ADDED TO ALL CREDIT CARD PMTS

RADIOLOGY AND IMAGING ASSOC
P O BOX 1178
PARIS TN 38242-1178

## CHARGES APPEARING ON THIS STATEMENT ARE NOT INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| PAGE | STATEMENT DATE | DUE DATE | OFFICE PHONE NUMBER | ACCOUNT # | AMOUNT DUE |
|---|---|---|---|---|---|
| 1 | 11/04/15 | Upon Receipt | (877) 378-4643 | 077826 | $445.00 |

| DATE | PROVIDER | EXPLANATION OF ACTIVITY | CHARGES & DEBITS | PAYMENTS & CREDITS | BALANCE |
|---|---|---|---|---|---|
| 09/24/15 | MITCHELL | ANKLE 3 VIEW - JAMES | $42.00 | | $42.0( |
| 09/24/15 | | CT LOWER EXT W/O | $242.00 | | $284.0( |
| 09/24/15 | | CHEST SINGLE VIEW | $44.00 | | $328.0( |
| 09/24/15 | | CT 3D RECONSTRUCTION | $75.00 | | $403.0( |
| 09/29/15 | MITCHELL | ANKLE 3 VIEW - JAMES | $42.00 | | $445.0( |

| CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | | PATIENT BALANCE PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | $445.00 | | | $445.00 | | $445.00 |

MESSAGE:
PROMPT PAYMENT IS APPRECIATED

SEND INQUIRIES TO:

RADIOLOGY AND IMAGING ASSOC
P O BOX 1178
PARIS TN 38242-1178

☎ (877) 378-4643

15860-ALLSCYC-114966-1112284629-P: 5337072-2-16  36771581-1 1



**PLAINTIFF'S EXHIBIT**

A

ALCOA BILLING CENTER
3429 REGAL DR
ALCOA TN 37701-3265

DETACH AND RETURN THIS COUPON WITH THE REVERSE SIDE COMPLETED TO PAY BY CREDIT CARD, TO PROVIDE INSURANCE INFORMATION OR FOR CHANGE OF ADDRESS.

Credit card charges will appear as "Team Health"

Patient
Name:  JAMES FOUTCH          AMT DUE: $1,500.00

PHYSICIAN SERVICES RENDERED AT: HENRY COUNTY MEDICAL CENTER

27454248-401-7986
PS ▲026975
JAMES FOUTCH
79 GRIERS CHAPEL RD
TRENTON TN 38382-9444

401
EMERGENCY COVERAGE CORP
DEPT: A ☐ B ☐ C ☐ (check one - see reverse)
3429 REGAL DR
ALCOA TN 37701-3265

0180002745424890344015156207986300015000083

↑ Detach Here ↑

| DATE | INVOICE# | DESCRIPTION | PROVIDER | DEBITS | CREDITS |
|------|----------|-------------|----------|--------|---------|
| 09/24/15 | 156996588 | EMERGENCY DEPT VISIT | RAINBOLT D.O.,CHARLES D. / ELLIOTT NP,KRIST | $1,251.00 | |
| 09/24/15 | 156996588 | STRAPPING OF ANKLE | RAINBOLT D.O.,CHARLES D. / ELLIOTT NP,KRIST | $249 00 | |

THIS IS YOUR PHYSICIAN SERVICES BILL AND IS SEPARATE FROM THE HOSPITAL BILL

**ACCOUNT NUMBER:     27454248-401-7986     STATEMENT DATE:   10/12/15     TOTAL NOW DUE:     $1,500.00**

PLEASE REMIT BALANCE DUE. IF YOU HAVE INSURANCE COVERAGE OR WANT TO PAY BY CREDIT CARD, VISIT OUR WEBSITE AT WWW.THBILLPAY.COM OR COMPLETE THE BACK OF THIS STATEMENT OR SEND A COPY (FRONT AND BACK) OF YOUR INS CARD.

For Billing Inquiries, call 1-888-952-6772 on Monday through Friday, from 8am to 8pm and Saturday from 10am to 3pm Eastern Time.
**SEND US YOUR INFORMATION OVER THE WEB!**
You may now provide insurance information and make credit card payments at http://www.thbillpay.com/
↓ Detach Here ↓

# PAYMENT COUPON - RETURN WHEN PAYING BY CHECK OR MONEY ORDER

PATIENT NAME:  JAMES FOUTCH       ACCT#:  27454248-401-7986       CHECK#: _____    AMT PAID: _____

PHYSICIAN SERVICES RENDERED AT: HENRY COUNTY MEDICAL CENTER

☐ CHECK HERE FOR CHANGE OF ADDRESS

DO NOT STAPLE OR TAPE YOUR CHECK
OR MONEY ORDER TO THIS COUPON

**MAKE CHECKS PAYABLE TO:**

27454248-401-7986
James Foutch
79 Griers Chapel Rd
Trenton TN 38382-9444

401
EMERGENCY COVERAGE CORP
PO BOX 740023
CINCINNATI OH 45274-0023

0180002745424890344015156207986300015000083

NorthStar Anesthesia Of Tennessee PLLC
Po Box 610251
Dallas TX 75261-0251

MOST MAJOR CREDIT CARDS ACCEPTED
To pay via credit card please call 1-888-872-5500 or
Pay online at www.patientaccounts.net and use
Access Code: FP918

| Statement Date | Pay This Amount | Account # |
|---|---|---|
| 10/07/2015 | $1,192.00 | HC1417199 |
| Payment Due Date 11/4/2015 | SHOW AMOUNT PAID HERE $ | |

For more information about your statement, contact
Patient Accounts at 1-888-872-5500, or visit our website
at www.patientaccounts.net

JAMES FOUTCH
79 GRIERS CHAPEL RD
TRENTON TN 38382-9444

97708 - 13

NorthStar Anesthesia Of Tennessee PLLC
Po Box 610251
Dallas TX 75261-0251

☐ Please check if address or insurance information
is incorrect and complete form on back.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Pay online at www.patientaccounts.net and use Access Code: FP918

**Account #: HC1417199**     **Please Pay: $1,192.00**     11/4/201

| Date | Description | Case # | Insurance Balance | Patient Balance |
|---|---|---|---|---|
| | Anesthesiology Services by R. Quinn CRNA for G. Chandler MD | | | |
| 09/29/2015 | CPT Code: 27814<br>Billed To Patient | 21326438 | | $1,192.00 |

If you have insurance, please let us know immediately so that we can file a claim with your carrier. You may notify us by logging on to www.patientaccounts.net or by contacting our billing office at 1-800-693-3271.

| ACCOUNT CONDITIONS | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|---|
| | $1,192.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**IMPORTANT MESSAGE ABOUT YOUR ACCOUNT**

THIS IS A BILL FOR SERVICES NOT INCLUDED ON YOUR HOSPITAL BILL. IF YOU NEED TO UPDATE YOUR INSURANCE INFORMATION, PLEASE CALL OUR BILLING OFFICE AT 1-888-872-5500 OR LOGIN TO OUR WEBSITE WWW.PATIENTACCOUNTS.NET. IF PAYMENT HAS BEEN MADE PLEASE DISREGARD THIS BILL, THANK YOU.

| | |
|---|---|
| Total Balance | $1,192.00 |
| Insurance Pending | $0.00 |
| Amount You Owe | $1,192.00 |

Make Checks Payable To: NorthStar Anesthesia Of Tennessee PLLC
Call 1-888-872-5500

For Billing Questions Call
1-888-872-5500 (En Español 1-888-850-1446)
Mon - Fri 8:00AM to 7:00PM

1 of 1


97708-13

## Billing Summary: FOUTCH, JAMES, SR. R #56269

**WEST TENNESSEE BONE & JOINT CLINIC, P.C.**

*printed 05/03/2016 11:14 AM*

WEST TN BONE & JOINT CLINIC, P.C.
P.O. BOX 5483
BELFAST, ME 04915-5400
*billing phone: (731) 410-2305*

**GUARANTOR NAME AND ADDRESS**

JAMES, SR. R FOUTCH
79 GREERS CHAPEL
TRENTON, TN 38382

| PATIENT # | PATIENT NAME |
|---|---|
| 56269 | JAMES, SR. R FOUTCH |
| **DOB** | **HOME TELEPHONE** |
| 10/06/1957 | (731) 514-8323 |

## Billing Summary

| Claim ID | Procedure | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 285219** | | | | | | | | | | |
| 285219 | 27792,RT | 09/29/2015 | 10/09/2015 | CHARGE | 27792,RT | PATIENT | G CHANDLER | | | $1,995.00 |
| 285219 | 27792,RT | 09/29/2015 | 04/23/2016 | ADJUSTMENT | COLLECT (RRC) | PATIENT | G CHANDLER | | | $-1,995.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | $1,995.00 |
| **Claim ID 287930** | | | | | | | | | | |
| 287930 | 99024 | 10/14/2015 | 10/21/2015 | CHARGE | 99024 | PATIENT | G CHANDLER | | | $0.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 297317** | | | | | | | | | | |
| 297317 | 73610,1,RT | 11/12/2015 | 11/20/2015 | CHARGE | 73610,1,RT | PATIENT | R NOLEN | | | $74.00 |
| 297317 | 73610,1,RT | 11/12/2015 | 04/23/2016 | ADJUSTMENT | COLLECT (RRC) | PATIENT | R NOLEN | | | $-74.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | $74.00 |
| 297317 | 99024 | 11/12/2015 | 11/20/2015 | CHARGE | 99024 | PATIENT | R NOLEN | | | $0.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 303792** | | | | | | | | | | |
| 303792 | 73030,RT | 12/03/2015 | 12/14/2015 | CHARGE | 73030,RT | PATIENT | R NOLEN | | | $100.00 |
| 303792 | 73030,RT | 12/03/2015 | 04/23/2016 | ADJUSTMENT | COLLECT (RRC) | PATIENT | R NOLEN | | | $-100.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | $100.00 |
| 303792 | 73610,1,RT | 12/03/2015 | 12/14/2015 | CHARGE | 73610,1,RT | PATIENT | R NOLEN | | | $74.00 |
| 303792 | 73610,1,RT | 12/03/2015 | 04/23/2016 | ADJUSTMENT | COLLECT (RRC) | PATIENT | R NOLEN | | | $-74.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | $74.00 |
| 303792 | 99024 | 12/03/2015 | 12/14/2015 | CHARGE | 99024 | PATIENT | R NOLEN | | | $0.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 303792 | 99213,24 | 12/03/2015 | 12/14/2015 | CHARGE | 99213,24 | PATIENT | R NOLEN | | | $147.00 |
| 303792 | 99213,24 | 12/03/2015 | 04/23/2016 | ADJUSTMENT | COLLECT (RRC) | PATIENT | R NOLEN | | | $-147.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | $147.00 |
| **Claim ID 311842** | | | | | | | | | | |
| 311842 | 73610,1,RT | 01/06/2016 | 04/23/2016 | CHARGE | 73610,1,RT | PATIENT | G CHANDLER | | | $74.00 |
| 311842 | 73610,1,RT | 01/06/2016 | 04/23/2016 | ADJUSTMENT | COLLECT (RRC) | PATIENT | G CHANDLER | | | $-74.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | OUTSTANDING COLLECTIONS | | | | $74.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 311842 | | 99213 | 01/06/2016 | 04/23/2016 | CHARGE | 99213 | PATIENT | G CHANDLER | | | $147.00 |
| 311842 | | 99213 | 01/06/2016 | 04/23/2016 | ADJUSTMENT | COLLECT (RRC) | PATIENT | G CHANDLER | | | $-147.00 |
| | | | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | | | $147.00 |
| 311842 | MISCCOLLFEE20% | 04/23/2016 | 04/23/2016 | CHARGE | MISCCOLLFEE20% | PATIENT | G CHANDLER | | | | $522.20 |
| 311842 | MISCCOLLFEE20% | 04/23/2016 | 04/23/2016 | ADJUSTMENT | COLLECT (RRC) | PATIENT | G CHANDLER | | | | $-522.20 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | | | $522.20 |
| | | | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |
| | | | | | TOTAL CHARGE OUTSTANDING AS OF 05/03/2016 | | | | $0.00 | $0.00 | $0.00 |

# I  \RY COUNTY MEDICAL CENTER

PO BOX 1030
PARIS, TN 38242

Phone #: (731 ) 642 -1220
Federal ID: 62-6007078

| PATIENT NAME | | FACILITY | VISIT ID | | FC | BIRTH DATE | ADMIT DATE | DISCH. DATE |
|---|---|---|---|---|---|---|---|---|
| FOUTCH, JAMES R | | 001 | 1417199-0001 | | P | 10/08/1957 | 09/29/2015 | 09/29/2015 |

| TO: | BURKEEN TRUCKING | | | SERVICE FROM | SERVICE THRU |
|---|---|---|---|---|---|
| | 34 GIBSON WELS BRAZIL ROAD | | | 09/29/2015 | 09/29/2015 |
| | HUMBOLT, TN 38343 | PATIENT TYPE  SDS | Same Day Surgery | | |
| | | ATTEND PHY   00433 | CHANDLER  BLAKE | | |

| Primary Insurance | Secondary Insurance | Tertiary Insurance |
|---|---|---|
| PRIVATE PAY | | |
| HWY 77 | | |
| PARIS, TN 38242 | | |

| CHARGE CODE | SERVICE DATE | CHARGE DESCRIPTION | CPT4 | QTY | PRICE | TOTAL | |
|---|---|---|---|---|---|---|---|
| 70701676 PH0_Rx_Charge | 09/29/2015 | GLYCOPYRROLATE 1ML INJ | | 1 | 30 00 | 30.00 | |
| 70708219 PH0_Rx_Charge | 09/29/2015 | PROPOFOL 20ML IV | | 1 | 17 50 | 17.50 | |
| 70709248 PH0_Rx_Charge | 09/29/2015 | BUPIVACAINE 0 5% 50ML | | 1 | 17 50 | 17.50 | |
| | | 250 PHARMACY | | 3 | | 65.00 | |
| 70709074 PH0_Rx_3754 | 09/29/2015 | SOD CHL 0.9% IRRI 3000ML | | 1 | 65.00 | 65.00 | |
| 71608043 PH0_Rx_3754 | 09/29/2015 | NS 50ML | | 1 | 30 00 | 30.00 | |
| 71608043 PH0_Rx_3617 | 09/29/2015 | NS 50ML | | -1 | 30 00 | -30.00 | |
| | | 258 IV SOLUTIONS | | 1 | | 65.00 | |
| 61700280 PH0_Other | 09/29/2015 | OXYGEN - PER HOUR | | 1 | 23 00 | 23.00 | |
| 62518703 MM093015_SUF | 09/29/2015 | SUTURE GROUP 2 | | 2 | 26.00 | 52.00 | |
| 62522458 MM093015_SUF | 09/29/2015 | DRILL BIT SOLID-STRYKER | | 1 | 256.50 | 256.50 | |
| 62525611 MM093015_SUF | 09/29/2015 | GUIDEWIRE 150MM STRYKER | | 1 | 131.75 | 131.75 | |
| 62525611 MM093015_SUF | 09/29/2015 | GUIDEWIRE 150MM STRYKER | | 1 | 131 75 | 131.75 | |
| 62527512 MM093015_SUF | 09/29/2015 | PACK MAJOR SURGERY | | 1 | 96 00 | 96.00 | |
| 62528014 MM093015_SUF | 09/29/2015 | STAPLER SKIN 35 W | | 2 | 30.00 | 60.00 | |
| | | 272 STERILE SUPPLY | | 9 | | 751 00 | |
| 62517771 MM093015_SUF | 09/29/2015 | PLATE FIBULA STRYKER ORTHO | C1713 | 1 | 1,318.50 | 1,318.50 | |
| 62518585 MM093015_SUF | 09/29/2015 | SCREW LOCK 3.5 STRYKER | C1713 | 1 | 307.50 | 307.50 | |
| 62518585 MM093015_SUF | 09/29/2015 | SCREW LOCK 3.5 STRYKER | C1713 | 4 | 307.50 | 1,230.00 | |
| 62518585 MM093015_SUF | 09/29/2015 | SCREW LOCK 3.5 STRYKER | C1713 | 3 | 307.50 | 922.50 | |
| | | 278 OTHER IMPLANTS | | 9 | | 3,778.50 | |
| 70100001 PH0_Laboratory | 09/29/2015 | SPECIMEN COLLECTION FEE | 36415 | 1 | 18.00 | 18.00 | |
| 70255010 IF150929HBB | 09/29/2015 | ABO | 86900 | 1 | 39 00 | 39.00 | |
| 70255020 IF150929HBB | 09/29/2015 | RH | 86901 | 1 | 39 00 | 39.00 | |
| 70255030 IF150929HBB | 09/29/2015 | ANTIBODY SCREEN | 86850 | 1 | 123.00 | 123.00 | |
| | | 300 LABORATORY | | 4 | | 219.00 | |
| 70255551 IF150929HBB | 09/29/2015 | CROSSMATCH 1 UNIT $, IMMEDIATE SPIN | 86920 | 1 | 100 00 | 100 00 | |

Continued on next page

# IRY COUNTY MEDICAL CENTER

PO BOX 1030
PARIS, TN 38242

Phone #: (731 ) 642 -1220
Federal ID: 62-6007078

| PATIENT NAME | | FACILITY | VISIT ID | | FC | BIRTH DATE | ADMIT DATE | DISCH. DATE |
|---|---|---|---|---|---|---|---|---|
| FOUTCH, JAMES R | | 001 | 1417199-0001 | | P | 10/06/1957 | 09/29/2015 | 09/29/2015 |

| | | | | | SERVICE FROM | SERVICE THRU |
|---|---|---|---|---|---|---|
| TO: BURKEEN TRUCKING | | | | | 09/29/2015 | 09/29/2015 |
| 34 GIBSON WELS BRAZIL ROAD | | | | | | |
| HUMBOLT, TN 38343 | | PATIENT TYPE SDS | Same Day Surgery | | | |
| | | ATTEND PHY 00433 | CHANDLER BLAKE | | | |

| Primary Insurance | Secondary Insurance | Tertiary Insurance |
|---|---|---|
| PRIVATE PAY | | |
| | | |
| HWY 77 | | |
| PARIS, TN 38242 | | |

| CHARGE CODE | SERVICE DATE | CHARGE DESCRIPTION | CPT4 | QTY | PRICE | TOTAL | |
|---|---|---|---|---|---|---|---|
| 70255551 IF150929HBB | 09/29/2015 | CROSSMATCH 1 UNIT $, IMMEDIATE SPIN | 86920 | 1 | 100.00 | 100.00 | |
| | | 302 IMMUNOLOGY | | 2 | | 200.00 | |
| 70400251 PH0_Radiology | 09/29/2015 | XR-ANKLE RT-3V | 73610RT | 1 | 207.00 | 207.00 | |
| | | 320 DX X-RAY | | 1 | | 207.00 | |
| 62100001 MM093015_SUI | 09/29/2015 | MAJOR O R. CHARGE 1ST HR | | 1 | 3 022.00 | 3,022.00 | |
| 62100002 MM093015_SUI | 09/29/2015 | MAJOR O R. EA ADD 15 MIN | | 1 | 431.00 | 431.00 | |
| | | 360 OR SERVICES | | 2 | | 3,453.00 | |
| 70800040 MM093015_SUI | 09/29/2015 | General Anesthesia 0-30 minutes | | 1 | 594.00 | 594.00 | |
| 70800560 MM093015_SUI | 09/29/2015 | GENERAL ANESTHESIA EA ADD 15 MINUTES | | 3 | 189.00 | 567.00 | |
| | | 370 ANESTHESIA | | 4 | | 1,161.00 | |
| 61708015 PH0_Other | 09/29/2015 | SAO2 MULTIPLE | 94761 | 1 | 106.00 | 106.00 | |
| | | 460 PULMONARY FUNC | | 1 | | 106.00 | |
| 70700754 PH0_Rx_Charge | 09/29/2015 | EPHEDRINE 50MG INJECTION | J3490 | 1 | 36.80 | 36.80 | |
| C9290 PH0_Rx_3617 | 09/29/2015 | INJ. BUPIVACAINE LIPOSOME. 1 MG | C9290 | -266 | 2.56 | -680.40 | |
| C9290 PH0_Rx_3754 | 09/29/2015 | INJ. BUPIVACAINE LIPOSOME. 1 MG | C9290 | 266 | 2.56 | 680.40 | |
| J0690 PH0_Rx_3754 | 09/29/2015 | INJ. CEFAZOLIN SODIUM. 500MG | J0690 | 6 | 8.75 | 52.50 | |
| J1170 PH0_Rx_Charge | 09/29/2015 | INJ. HYDROMORPHONE UP TO 4MG | J1170 | 1 | 17.50 | 17.50 | |
| J2001 PH0_Rx_Charge | 09/29/2015 | INJ. LIDOCAINE HCL, 10MG | J2001 | 10 | 1.75 | 17.50 | |
| J2250 PH0_Rx_Charge | 09/29/2015 | INJ. MIDAZOLAM HCL PER 1MG | J2250 | 2 | 8.75 | 17.50 | |
| J2405 PH0_Rx_Charge | 09/29/2015 | INJ. ONDANSETRON HCL, PER 1MG | J2405 | 4 | 4.38 | 17.50 | |
| J2795 PH0_Rx_3754 | 09/29/2015 | INJ. ROPIVACAINE HCL, 1MG | J2795 | 150 | 0.45 | 67.75 | |
| J2795 PH0_Rx_3617 | 09/29/2015 | INJ. ROPIVACAINE HCL, 1MG | J2795 | -150 | 0.45 | -67.75 | |
| J3010 PH0_Rx_Charge | 09/29/2015 | INJ. FENTANYL CITRATE, 0 1MG | J3010 | 3 | 5.83 | 17.50 | |
| J7120 PH0_Rx_3612 | 09/29/2015 | LR 1000ML | J7120 | 1 | 40.00 | 40.00 | |
| | | 636 DRUGS REQ DETAILED CODING | | 28 | | 216.80 | |
| 62168000 PH0_Other | 09/29/2015 | PACU I FIRST 30 MINUTES | | 1 | 514.00 | 514.00 | |
| 62188010 PH0_Other | 09/29/2015 | PACU I - EA ADD 15 MIN | | 1 | 87.00 | 87.00 | |
| 62188010 PH0_Other | 09/29/2015 | PACU I - EA ADD 15 MIN | | 1 | 87.00 | 87.00 | |

Continued on next page

# HENRY COUNTY MEDICAL CENTER

PO BOX 1030
PARIS, TN 38242

Phone #: (731) 642-1220
Federal ID: 62-6007078

| PATIENT NAME | FACILITY | VISIT ID | FC | BIRTH DATE | ADMIT DATE | DISCH. DATE |
|---|---|---|---|---|---|---|
| FOUTCH, JAMES R | 001 | 1417199-0001 | P | 10/08/1957 | 09/29/2015 | 09/29/2015 |

TO: BURKEEN TRUCKING
34 GIBSON WELS BRAZIL ROAD
HUMBOLT, TN 38343

| | SERVICE FROM | SERVICE THRU |
|---|---|---|
| | 09/29/2015 | 09/29/2015 |

PATIENT TYPE SDS — Same Day Surgery
ATTEND PHY 00433 — CHANDLER BLAKE

**Primary Insurance**
PRIVATE PAY

HWY 77
PARIS, TN 38242

**Secondary Insurance**

**Tertiary Insurance**

| CHARGE CODE | SERVICE DATE | CHARGE DESCRIPTION | CPT4 | QTY | PRICE | TOTAL | |
|---|---|---|---|---|---|---|---|
| 62188020 PH0_Other | 09/29/2015 | PACU II -FIRST 30 MINUTES | | 1 | 257 00 | 257.00 | |
| 62188030 PH0_Other | 09/29/2015 | PACU II - EACH ADD 15 MINUTES | | 1 | 53 00 | 53.00 | |
| | | 710 RECOVERY ROOM | | 5 | | 998.00 | |
| 80000181 CA01_10-04-201 | 10/05/2015 | Private Pay Discount - OP | | 1 | -4,970.59 | -4,970.59 | |
| | | C01 ADJUSTMENTS | | 1 | | -4,970.59 | |

TOTAL CHARGES 11,220.30

PATIENT PAYMENTS/ADJUSTMENTS -4,970.59

INS PAYMENTS/ADJUSTMENTS 0.00

**** INVOICE TOTAL 6,249.71

# JRY COUNTY MEDICAL CENTER
PO BOX 1030
PARIS, TN 38242

Phone #: (731 ) 642 -1220
Federal ID: 62-6007078

| PATIENT NAME | | FACILITY | VISIT ID | | FC | BIRTH DATE | ADMIT DATE | DISCH. DATE |
|---|---|---|---|---|---|---|---|---|
| FOUTCH. JAMES R | | 001 | 1416557-0001 | | P | 10/06/1957 | 09/24/2015 | 09/24/2015 |

| TO: BURKEEN TRUCKING | | SERVICE FROM | SERVICE THRU |
|---|---|---|---|
| 34 GIBSON WELS BRAZIL ROAD | | 09/24/2015 | 09/24/2015 |
| HUMBOLT, TN 38343 | PATIENT TYPE ER   Emergency Room | | |
| | ATTEND PHY   00879   RAINBOLT  CHARLES D | | |

| Primary Insurance | Secondary Insurance | Tertiary Insurance |
|---|---|---|
| PRIVATE PAY | | |
| HWY 77 | | |
| PARIS, TN 38242 | | |
| 414028828 | | |

| CHARGE CODE | SERVICE DATE | CHARGE DESCRIPTION | CPT4 | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 70100001 ARR_20150924- | 09/24/2015 | SPECIMEN COLLECTION FEE | 36415 | 1 | 18 00 | 18 00 |
| 70101405 ARR_20150924- | 09/24/2015 | BASIC METABOLIC PAN/BIG 8 | 80048 | 1 | 378 00 | 378 00 |
| | | 300 LABORATORY | | 2 | | 396 00 |
| 70100219 ARR_20150924- | 09/24/2015 | CBC  AUTO DIFF | 85025 | 1 | 164 00 | 164.00 |
| | | 305 HEMATOLOGY | | 1 | | 164.00 |
| 70400251 ARR_20150924- | 09/24/2015 | XR-ANKLE RT-3V | 73610RT | 1 | 207 00 | 207 00 |
| | | 320 DX X-RAY | | 1 | | 207 00 |
| 70400821 ARR_20150924- | 05/24/2015 | XR-CXR-1V | 71010 | 1 | 188 00 | 188.00 |
| | | 324 CHEST X-RAY | | 1 | | 188.00 |
| 70423005 ARR_20150924- | 09/24/2015 | CT-RECON W POST IMAGING CONCURRENT | 76376 | 1 | 1 366 00 | 1,366 00 |
| 70423076 ARR_20150924- | 09/24/2015 | CT-LOWER EXT W/O-RT | 73700RT | 1 | 1 489 00 | 1,489.00 |
| | | 350 CT SCAN | | 2 | | 2,855 00 |
| 62311060 PH0_Other | 09/24/2015 | ER-LEVEL 5 | 9928525 | 1 | 2,024 00 | 2,024.00 |
| 62311116 PH0_Other | 09/24/2015 | IV PUSH- INITIAL | 96374 | 1 | 230.00 | 230.00 |
| 62311133 PH0_Other | 09/24/2015 | IV PUSH SEQUENTIAL, EA ADD/SAME DRUG | 96376 | 1 | 221.00 | 221.00 |
| | | 450 EMERG ROOM | | 3 | | 2,475.00 |
| J2270 ARR_20150924-189 | 09/24/2015 | INJ, MORPHINE SULFATE, UP TO 10MG | J2270 | 1 | 17 50 | 17.50 |
| J2270 ARR_20150924-189 | 09/24/2015 | INJ, MORPHINE SULFATE, UP TO 10MG | J2270 | 1 | 17 50 | 17 50 |
| J2270 ARR_20150924-189 | 09/24/2015 | INJ, MORPHINE SULFATE, UP TO 10MG | J2270 | 1 | 17.50 | 17.50 |
| J2405 ARR_20150924-189 | 09/24/2015 | INJ, ONDANSETRON HCL, PER 1MG | J2405 | 4 | 4 38 | 17.50 |
| | | 636 DRUGS REQ DETAILED CODING | | 7 | | 70.00 |
| 70301020 ARR_20150924- | 09/24/2015 | ELECTROCARDIOGRAM (EKG) | 93005 | 1 | 211 00 | 211.00 |
| | | 730 EKG/ECG | | 1 | | 211.00 |
| 80000181 CA01_09-29-201 | 09/30/2015 | Private Pay Discount - OP | | 1 | -2 908 74 | -2,908 74 |

Continued on next page

# ⊦ IRY COUNTY MEDICAL CENTER

PO BOX 1030
PARIS, TN 38242

Phone #: (731 ) 642 -1220
Federal ID: 62-6007078

| PATIENT NAME | | FACILITY | VISIT ID | | FC | BIRTH DATE | ADMIT DATE | DISCH. DATE |
|---|---|---|---|---|---|---|---|---|
| FOUTCH, JAMES R | | 001 | 1416557-0001 | | P | 10/06/1957 | 09/24/2015 | 09/24/2015 |

| TO: BURKEEN TRUCKING | | | SERVICE FROM | SERVICE THRU |
|---|---|---|---|---|
| 34 GIBSON WELS BRAZIL ROAD | | | 09/24/2015 | 09/24/2015 |
| HUMBOLT, TN 38343 | PATIENT TYPE ER | Emergency Room | | |
| | ATTEND PHY 00879 | RAINBOLT CHARLES D | | |

| Primary Insurance | Secondary Insurance | Tertiary Insurance |
|---|---|---|
| PRIVATE PAY | | |
| HWY 77 | | |
| PARIS, TN 38242 | | |
| 414028828 | | |

| CHARGE CODE | SERVICE DATE | CHARGE DESCRIPTION | CPT4 | QTY | PRICE | TOTAL | |
|---|---|---|---|---|---|---|---|
| 80000181 10012015ADJcv | 10/01/2015 | Private Pay Discount - OP | | 1 | 2 908 74 | 2,908.74 | |
| | | C01 ADJUSTMENTS | | 2 | | 0.00 | |

TOTAL CHARGES     6,588.00

PATIENT PAYMENTS/ADJUSTMENTS     0.00

INS PAYMENTS/ADJUSTMENTS     0.00

**** INVOICE TOTAL     6,566.00